Matthew Marx, Appellant, v. Elizabeth McCloud,

## THIRD DEPARTMENT, FEBRUARY TERM, 1888.

Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.